IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | § § § | **CIVIL ACTION NO. 6:23-cv-00997** |
| *Plaintiff*, | § § | |
| VERSUS | § § | JUDGE ROBERT R. SUMMERHAYS |
| JEFFREY LANDRY, in his official capacity as Attorney General of Louisiana, | § § § | MAG. JUDGE CAROL B. WHITEHURST |
| *Defendant*. | | |

## UNOPPOSED MOTION TO INTERVENE BY THE LOUISIANA PRIMARY CARE ASSOCIATION

The Louisiana Primary Care Association ("LPCA" or the "Proposed Intervenor") respectfully moves for this Court to grant its request to intervene as of right pursuant to Federal Rule of Civil Procedure ("Rule") 24(a), or, alternatively, to intervene permissively pursuant to Rule 24(b), as Defendant in the above-captioned case. In support of its Motion, the Proposed Intervenor relies on the accompanying Memorandum and Answer to Plaintiff's Complaint.

In accordance with Local Rule 7.6, the undersigned counsel have presented this motion and supporting memorandum to all parties who have an interest to oppose it. In accordance with Local Rule 7.4.1 and 7.6, the undersigned counsel for LPCA certify that they attempted to obtain consent for the filing and granting of this motion from all parties having an interest to oppose. Defendant consents to intervention by LPCA. Plaintiff takes no position on LPCA's motion.

Dated: November 7, 2023                     RESPECTFULLY SUBMITTED,

                                            **BREAZEALE, SACHSE & WILSON, L.L.P.**
                                            301 Main Street, 23rd Floor (70801)
                                            Post Office Box 3197
                                            Baton Rouge, Louisiana 70821-3197
                                            Telephone: 225-387-4000
                                            Facsimile: 225-381-8029

                                            *s/ Carroll Devillier, Jr.*
                                            Carroll Devillier, Jr., La. Bar No. 30477
                                            carroll.devillier@bswllp.com

                                            and

                                            Ronald S. Connelly*
                                            D.C. Bar No. 488298
                                            POWERS PYLES SUTTER & VERVILLE, PC
                                            1501 M Street, N.W., 7th Floor
                                            Washington, DC 20005
                                            T: (202) 466-6550
                                            Ron.Connelly@PowersLaw.com

                                            * application for admission pro hac vice pending

                                            *Attorneys for Intervenor Louisiana Primary Care Association*

4900324.v1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | § § § | **CIVIL ACTION NO. 6:23-cv-00997** |
| *Plaintiff*, | § § | |
| VERSUS | § § | JUDGE ROBERT R. SUMMERHAYS |
| JEFFREY LANDRY, in his official capacity as Attorney General of Louisiana, | § § § | MAG. JUDGE CAROL B. WHITEHURST |
| *Defendant*. | | |

## <u>ORDER</u>

Considering the Motion to Intervene by the Louisiana Primary Care Association:

IT IS ORDERED that the Motion to Intervene is GRANTED and that the Louisiana Primary Care Association be permitted to participate in this proceeding.

SIGNED at _____, Louisiana, this _____ day of November, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

4900324.v1