IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA, | § § § | **CIVIL ACTION NO. 6:23-cv-00997** |
| *Plaintiff*, | § § | |
| VERSUS | § § | JUDGE ROBERT R. SUMMERHAYS |
| JEFFREY LANDRY, in his official capacity as Attorney General of Louisiana, | § § § | MAG. JUDGE CAROL B. WHITEHURST |
| *Defendant*. | | |

**ORDER**

Considering the Motion to Intervene by the Louisiana Primary Care Association:

IT IS ORDERED that the Motion to Intervene is GRANTED and that the Louisiana Primary Care Association be permitted to participate in this proceeding.

SIGNED at Lafayette, Louisiana, this 8th day of November, 2023.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE