# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 22, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-30673   Pharm Research and Mfr v. Murrill
                  USDC No. 6:23-CV-997

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Jorge Benjamin Aguinaga
Ms. Delaney Bounds
Mr. Ronald S. Connelly
Mr. Carroll Devillier Jr.
Ms. Cherish Alise Drain
Mr. Zachary Faircloth
Mr. Jeffrey Joseph Gelpi I
Mr. Louis Victor Gregoire Jr.
Ms. Hannah E. Hauer
Mr. Michael Brent Hicks
Ms. Caitlin Ann Huettemann
Mr. Carey T. Jones
Mr. Daniel J. McCoy
Mr. Fernando Montoya
Mr. Philip J. Perry
Mr. Andrew D. Prins
Mr. Abid Qureshi
Mr. Alexander Theodore Reinboth
Mr. William B. Schultz
Mr. Riley T. Svikhart

# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
April 22, 2025
Lyle W. Cayce
Clerk

No. 24-30673

_____

PHARMACEUTICAL RESEARCH AND MANUFACTURERS OF AMERICA,

*Plaintiff—Appellant*,

*versus*

LIZ MURRILL, *in her official capacity as Attorney General of Louisiana*,

*Defendant—Appellee*,

LOUISIANA PRIMARY CARE ASSOCIATION,

*Intervenor Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:23-CV-997

_____

ORDER:

IT IS ORDERED that the unopposed motion of American Hospital Association, 340B Health, Louisiana Hospital Association, and American Society for Health-System Pharmacists, to file an amicus brief in support of the Appellees, is GRANTED.

Case 6:23-cv-01839-CEM-DCI Document 86-2 Filed 04/22/25 Page 3 of 3 PageID #: 1629
Case: 24-30673 Document: 83-2 Page: 2 Date Filed: 04/22/2025

No. 24-30673

/s/ James E. Graves, Jr.
JAMES E. GRAVES, JR.
*United States Circuit Judge*